Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Natasha McNeil

Case No.: 16-18999

Judge: CMG

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original  ☒ Modified/Notice Required  ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: 11/2/16

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $ 644 per month to the Chapter 13 Trustee, starting on 6/1/16 for approximately 60 months. |
| b. The debtor shall make plan payments to the Trustee from the following sources: |
| ☒ Future earnings |
| ☒ Other sources of funding (describe source, amount and date when funds are available): |

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 1062 Lamberton St.
Proposed date for completion: _____6 mos fr filing_____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| A. Russo, Trustee | commission | tbd |
| L. Sheller | atty fee | 575 |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| NJHMFA The Villages | 1st mtg condo lien | 49000 15000 | | loan mod 15000 | 1300 228 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Santander | 2008 Cadillac Escalade (already repossessed by the lender) | 22975 | 25000 |

3

| d. **Secured Claims Unaffected by the Plan** | ACC Consumer Finance (Nissan Altima) |
|---|---|
| The following secured claims are unaffected by the Plan: | |

e. **Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| | | |

| Part 7: | Motions |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:   Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) L. Sheller
3) NJHMFA (arrears to be satisfied th loan mod)/Village @ Delware
4) unsecured claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| remove strip off of Villages; debtor obtained extra employment since filing of bankruptcy and this addl income will permit the payment of arrears to Villages | removing strip of Villages lien and proposing payment of liens over the course of the plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☒ Yes     ☐ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 11/2/16                                           /s/ Laurence Sheller
                                                        Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 11/2/16                                           /s/ Natasha McNeil
                                                        Debtor

Date: _____                                    _____
                                                        Joint Debtor

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 16-18999-CMG
Natasha McNeil                                              Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2         Date Rcvd: Nov 04, 2016
                             Form ID: pdf901            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db             +Natasha McNeil,    PO Box 22052,    Trenton, NJ 08607-0052
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,    Dallas, TX  75247,
                 UNITED STATES 75356-2088
cr             +The Villages at Delaware Run Condo Asso,    c/o Stark & Stark, PC,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516166845      +ABC Bail Bonds,   215 W. Bridge St.,    Morrisville, PA 19067-7118
516166846     #+ACC Consumer Finance,   196 Washland St.,    Doylestown, PA 18901-4040
516166847      Capital Health,   One Capital Health Way,    Pennington, NJ 08534
516166848      +Capital One,   PO Box 30253,    Salt Lake City, UT 84130-0253
516189607      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516166849      +Cenlar,   PO Box 77407,    Trenton, NJ 08628-6407
516166851      +Edward Feinberg, Esq.,   249 E. Front St.,    Trenton, NJ 08611-1717
516166854      +NJHMFA,   637 South Clinton Ave.,    Trenton, NJ 08611-1811
516381748       Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
516399331      +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips BLVD,
                 Ewing, NJ 08618-1430
516166855      +Powers Kirn,   728 Marne Hwy,    Suite 200,    Moorestown, NJ 08057-3128
516166856      +Pressler & Pressler,   7 Entin Rd.,    Parsippany, NJ 07054-5020
516219691      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516218108      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516166858      +Schachter & Portnoy,   3490 US Route 1,    Princeton, NJ 08540-5920
516166859      +Sheriff Mercer County,   PO Box 8068,    Trenton, NJ 08650-0068
516166860      +Sleep and Wellness Center,   3836 Quakerbridge Road #206,    Trenton, NJ 08619-1006
516166861      +Stark & Stark,   PO Box 5315,    Princeton, NJ 08543-5315
516166862       Superior Court Of New Jersey,    PO Box 971,    Trenton, NJ 08650
516166863      +Superior Court of New Jersey - Mercer,    Special Civil Part,    PO Box 8068,
                 Trenton, NJ 08650-0068
516166864      +The Villages at Delaware Run,    c/o Stark & Stark,    PO Box 5315,    Princeton, NJ 08543-5315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 04 2016 23:07:52      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 04 2016 23:07:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516319574      +E-mail/Text: bnc@atlasacq.com Nov 04 2016 23:07:02      Atlas Acquisitions LLC,
                 Attn: Avi Schild,    294 Union St.,    Hackensack, NJ 07601-4303
516402804      +E-mail/Text: bnc@atlasacq.com Nov 04 2016 23:07:02      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516166850      +E-mail/Text: bankruptcy@consumerportfolio.com Nov 04 2016 23:08:06
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
516166852      +E-mail/PDF: pa_dc_claims@navient.com Nov 04 2016 23:01:24      Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
516166853      +E-mail/PDF: bankruptcy@ncfsi.com Nov 04 2016 23:01:46      New Century Financial Services,
                 110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
516166857      +E-mail/Text: cop@santander.us Nov 04 2016 23:07:41      Santander,    450 Penn St.,
                 Reading, PA 19602-1011
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Nov 04, 2016
                              Form ID: pdf901            Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allyson Virginia Cofran    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               acofran@stark-stark.com,   dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph H. Lemkin    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               jlemkin@stark-stark.com
              Laurence R. Sheller    on behalf of Debtor Natasha   McNeil laurence.sheller@verizon.net
                                                                                             TOTAL: 7
```