Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16–18999–CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Natasha McNeil
  PO Box 22052
  Trenton, NJ 08607

Social Security No.:
  xxx–xx–2543

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on May 9, 2016 and a confirmation hearing on such Plan has been scheduled for December 21, 2016.

The debtor filed a Modified Plan on December 22, 2016 and a confirmation hearing on the Modified Plan is scheduled for February 15, 2016 at 10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: December 27, 2016
JJW: mrg

                James J. Waldron
                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 16-18999-CMG
Natasha McNeil                                                  Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Dec 27, 2016
                              Form ID: 186              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db             +Natasha McNeil,    PO Box 22052,    Trenton, NJ 08607-0052
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,    Dallas, TX  75247,
                 UNITED STATES 75356-2088
cr             +The Villages at Delaware Run Condo Asso,    c/o Stark & Stark, PC,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516166845      +ABC Bail Bonds,    215 W. Bridge St.,    Morrisville, PA 19067-7118
516166846     #+ACC Consumer Finance,    196 Washland St.,    Doylestown, PA 18901-4040
516166847      Capital Health,    One Capital Health Way,    Pennington, NJ 08534
516166848      +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
516189607       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516166849      +Cenlar,   PO Box 77407,    Trenton, NJ 08628-6407
516166851      +Edward Feinberg, Esq.,    249 E. Front St.,    Trenton, NJ 08611-1717
516166854      +NJHMFA,    637 South Clinton Ave.,    Trenton, NJ 08611-1811
516381748       Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
516399331      +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips BLVD,
                 Ewing, NJ 08618-1430
516166855      +Powers Kirn,    728 Marne Hwy,    Suite 200,    Moorestown, NJ 08057-3128
516166856      +Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516219691      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516218108      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516166858      +Schachter & Portnoy,    3490 US Route 1,    Princeton, NJ 08540-5920
516166859      +Sheriff Mercer County,    PO Box 8068,    Trenton, NJ 08650-0068
516166860      +Sleep and Wellness Center,    3836 Quakerbridge Road #206,    Trenton, NJ 08619-1006
516166861      +Stark & Stark,    PO Box 5315,    Princeton, NJ 08543-5315
516166862       Superior Court Of New Jersey,    PO Box 971,    Trenton, NJ 08650
516166863      +Superior Court of New Jersey - Mercer,    Special Civil Part,    PO Box 8068,
                 Trenton, NJ 08650-0068
516166864      +The Villages at Delaware Run,    c/o Stark & Stark,    PO Box 5315,    Princeton, NJ 08543-5315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2016 02:42:48      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2016 02:42:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516319574      +E-mail/Text: bnc@atlasacq.com Dec 28 2016 02:42:03      Atlas Acquisitions LLC,
                 Attn: Avi Schild,    294 Union St.,    Hackensack, NJ 07601-4303
516402804      +E-mail/Text: bnc@atlasacq.com Dec 28 2016 02:42:03      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
516166850      +E-mail/Text: bankruptcy@consumerportfolio.com Dec 28 2016 02:42:57
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
516166852      +E-mail/PDF: pa_dc_claims@navient.com Dec 28 2016 00:00:38      Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
516166853      +E-mail/PDF: bankruptcy@ncfsi.com Dec 27 2016 23:56:06      New Century Financial Services,
                 110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
516166857      +E-mail/Text: cop@santander.us Dec 28 2016 02:42:36      Santander,   450 Penn St.,
                 Reading, PA 19602-1011
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                 Page 2 of 2                  Date Rcvd: Dec 27, 2016
                                Form ID: 186                Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allyson Virginia Cofran    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               acofran@stark-stark.com,   dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph H. Lemkin    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               jlemkin@stark-stark.com
              Laurence R. Sheller    on behalf of Debtor Natasha  McNeil laurence.sheller@verizon.net
                                                                                             TOTAL: 7
```