Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−18999−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Natasha McNeil
  PO Box 22052
  Trenton, NJ 08607

Social Security No.:
  xxx−xx−2543

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/1/17 at 09:00 AM

to consider and act upon the following:

*51* − Motion to Approve Loan Modification with Cenlar Filed by Laurence R. Sheller on behalf of Natasha McNeil. Objection deadline is 03/1/2017. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit # 4 Certificate of Service) (Sheller, Laurence)

Dated: 2/21/17

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court