Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 16−18999−CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Natasha McNeil
   PO Box 22052
   Trenton, NJ 08607

Social Security No.:
   xxx−xx−2543

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/1/17 at 09:00 AM

to consider and act upon the following:

*51* − Motion to Approve Loan Modification with Cenlar Filed by Laurence R. Sheller on behalf of Natasha McNeil. Objection deadline is 03/1/2017. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit # 4 Certificate of Service) (Sheller, Laurence)

Dated: 2/21/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-18999-CMG
Natasha McNeil                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 1               Date Rcvd: Feb 21, 2017
                               Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
db             +Natasha McNeil,    PO Box 22052,    Trenton, NJ 08607-0052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allyson Virginia Cofran    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               acofran@stark-stark.com,   dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph H. Lemkin    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               jlemkin@stark-stark.com
              Laurence R. Sheller    on behalf of Debtor Natasha   McNeil laurence.sheller@verizon.net
                                                                                                        TOTAL: 7