UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on March 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Natasha McNeil

Case No.: 16-18999

Adv. No.:

Hearing Date: 5 13 13 9
Judge: CMG

Order Approving Loan Modification

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Shelter, attorney for the debtor, Natasha McNeil, for an Order Approving the Loan Modification of Cenlar; and for good and other sufficient cause having been shown:

IT IS Ordered and Adjudged that:

1. The debtor's motion for approval of loan modification be and the same is hereby granted; and it is further

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order; and it is further

4. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

5. The Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order; and it is further

6. That a copy of this Order shall be served on the Chapter 13 Trustee within 7 days of debtors's attorney's receipt of same.