UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Natasha McNeil

Case No.: 16-18999

Adv. No.:

Hearing Date: 3/1/17
Judge: CMG

**Order Filed on March 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Order Approving Loan Modification

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Sheller, attorney for the debtor, Natasha McNeil, for an Order Approving the Loan Modification of Cenlar; and for good and other sufficient cause having been shown:

IT IS Ordered and Adjudged that:

1. The debtor's motion for approval of loan modification be and the same is hereby granted; and it is further

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order; and it is further

4. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

5. The Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order; and it is further

6. That a copy of this Order shall be served on the Chapter 13 Trustee within 7 days of debtors's attorney's receipt of same.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-18999-CMG
Natasha McNeil                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Mar 03, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
db            +Natasha McNeil,    PO Box 22052,    Trenton, NJ 08607-0052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Allyson Virginia Cofran    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               acofran@stark-stark.com,    dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph H. Lemkin    on behalf of Creditor    The Villages at Delaware Run Condo Asso
               jlemkin@stark-stark.com
              Laurence R. Sheller    on behalf of Debtor Natasha   McNeil laurence.sheller@verizon.net
                                                                                                 TOTAL: 7