| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Albert Russo
PO Box 4853
Trenton, NJ  08650-4853
609-587-6888
Standing Chapter 13 Trustee

In re:

Natasha McNeil

Debtor

Case No.: 16-18999 / CMG

Chapter:  13

Judge: Christine M. Gravelle

# NOTICE DEPOSITING UNCLAIMED FUNDS
# PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $263.86, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
| --- | --- |
| SANTANDER CONSUMER USA INC<br>DALLAS, TX  75356-0284 | $263.86 |

DATED:  10/10/2021

/s/  Albert Russo
Albert Russo
Standing Chapter 13 Trustee