Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18999−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Natasha McNeil
   PO Box 22052
   Trenton, NJ 08607

Social Security No.:
   xxx−xx−2543

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: December 17, 2021
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Natasha McNeil  
    Debtor

Case No. 16-18999-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 17, 2021      Form ID: cscnodsc      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha McNeil, PO Box 22052, Trenton, NJ 08607-0052 |
| cr | + | The Villages at Delaware Run Condo Asso, c/o Stark & Stark, PC, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 516166846 | + | ACC Consumer Finance, 196 Washland St., Doylestown, PA 18901-4040 |
| 516166847 | | Capital Health, One Capital Health Way, Pennington, NJ 08534 |
| 516166849 | + | Cenlar, PO Box 77407, Trenton, NJ 08628-6407 |
| 516166851 | + | Edward Feinberg, Esq., 249 E. Front St., Trenton, NJ 08611-1717 |
| 516166854 | + | NJHMFA, 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 516399331 | + | New Jersey Housing & Mortgage Finance Agency, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 516166855 | + | Powers Kirn, 728 Marne Hwy, Suite 200, Moorestown, NJ 08057-3128 |
| 516166859 | + | Sheriff Mercer County, PO Box 8068, Trenton, NJ 08650-0068 |
| 516166861 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 516166862 | | Superior Court Of New Jersey, PO Box 971, Trenton, NJ 08650 |
| 516166863 | + | Superior Court of New Jersey - Mercer, Special Civil Part, PO Box 8068, Trenton, NJ 08650-0068 |
| 516166864 | + | The Villages at Delaware Run, c/o Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2021 20:36:00 | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900-North, Dallas, TX 75247, UNITED STATES 75356-2088 |
| 516166845 | + | Email/Text: bruder@abcbail.com | Dec 17 2021 20:36:00 | ABC Bail Bonds, 215 W. Bridge St., Morrisville, PA 19067-7118 |
| 516402804 | | Email/Text: bnc@atlasacq.com | Dec 17 2021 20:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 516319574 | | Email/Text: bnc@atlasacq.com | Dec 17 2021 20:35:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 516166848 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 20:44:02 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516189607 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 20:44:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516166850 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 17 2021 20:36:00 | Consumer Portfolio Service, PO Box 57071, Irvine, CA 92619-7071 |
| 516166852 | + | Email/PDF: pa_dc_claims@navient.com | | |

Case 16-18999-CMG    Doc 87    Filed 12/19/21    Entered 12/20/21 00:15:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: cscnodsc | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 17 2021 20:44:23 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 516381748 | | Email/PDF: pa_dc_claims@navient.com | Dec 17 2021 20:44:23 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 516166853 | + | Email/PDF: bankruptcy@ncfsi.com | Dec 17 2021 20:44:13 | New Century Financial Services, 110 S. Jefferson Rd., Suite 104, Whippany, NJ 07981-1038 |
| 518262059 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2021 20:44:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518262060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2021 20:44:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516166858 | | Email/Text: bk-notification@sps-law.com | Dec 17 2021 20:35:00 | Schachter & Portnoy, 3490 US Route 1, Princeton, NJ 08540 |
| 516166856 | | Email/Text: signed.order@pfwattorneys.com | Dec 17 2021 20:35:00 | Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054 |
| 516166857 | + | Email/Text: DeftBkr@santander.us | Dec 17 2021 20:36:00 | Santander, 450 Penn St., Reading, PA 19602-1011 |
| 516219691 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2021 20:36:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 516218108 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2021 20:36:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516166860 | ##+ | Sleep and Wellness Center, 3836 Quakerbridge Road #206, Trenton, NJ 08619-1006 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 17, 2021 | Form ID: cscnodsc | Total Noticed: 33

Allyson Virginia Cofran
    on behalf of Creditor The Villages at Delaware Run Condo Asso acofran@stark-stark.com
    dcrivaro@stark-stark.com;JHanley@stark-stark.com

Denise E. Carlon
    on behalf of Creditor New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Joseph H. Lemkin
    on behalf of Creditor The Villages at Delaware Run Condo Asso jlemkin@stark-stark.com

Kevin Gordon McDonald
    on behalf of Creditor New Jersey Housing & Mortgage Finance Agency kmcdonald@kmllawgroup.com
    bkgroup@kmllawgroup.com

Laurence R. Sheller
    on behalf of Debtor Natasha McNeil laurence.sheller@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor New Jersey Housing & Mortgage Finance Agency rsolarz@kmllawgroup.com

TOTAL: 9